UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| William Adamczyk | ) |
| | ) |
| Plaintiff | ) |
| | ) Case No. 16-cv-516 |
| v. | ) |
| | ) Judge Andrea R. Wood |
| Earl D. Miller, | ) |
| Matthew Gingerich, | ) Magistrate Judge Jeffrey T. Gilbert |
| 5 Star Investment Group I, LLC | ) |
| 5 Star Investment Group V, LLC, | ) |
| 5 Star Investment Group VII, LLC, | ) |
| 5 Star Investment Group, LLC, | ) |
| 5 Star Commercial, LLC, | ) |
| 5 Star Portland Holdings, LLC, | ) |
| Twin City of Winston Salem, LLC, | ) |
| Southern Equity Group Trust, | ) |
| Metro Homes Northwest, LLC, and | ) |
| Dilusso Homes, LLC | ) |
| | ) |
| Defendants | ) |
| | ) |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS EARL MILLER, 5 STAR INVESTMENT GROUP I, LLC, TWIN CITY OF WINSTON SALEM, LLC, AND SOUTHERN EQUITY GROUP TRUST

Plaintiff William Adamczyk respectfully asks this Court to enter a default judgment pursuant to Federal Rule of Civil Procedure 55 against Defendants Earl Miller, 5 Star Investment Group I, LLC, Twin City of Winston Salem, LLC, and Southern Equity Group Trust ("The 5 Star Defendants") in the amount of $202,458.20, plus interest at the legal rate until the judgment is satisfied. In support of this motion, Plaintiff states:

1.  Plaintiff filed his Complaint for damages in this matter on January 14, 2016.

1

2. The 5 Star Defendants were served with the Summons and Complaint on February 10, 2016. (*See* Exhibit A-Affidavits of Process Server)..

3. On March 7, 2016, Plaintiff filed a Motion for Entry of Default against Earl Miller and the 5 Star Defendants. (Dkt. No. 11).

4. On April 26, 2016, this Court granted Plaintiff's Motion for Entry of Default against Earl Miller and the 5 Star Defendants. (Dkt. No. 57).

5. Plaintiff's claims against Earl Miller, 5 Star Investment Group I, LLC, Twin City of Winston Salem, LLC and Southern Equity Group Trust arise primarily from three promissory notes he received in exchange for loans.

6. The principal sums for these notes were $50,000 (Ex. B-Note 1); $55,500 (Ex. C-Note 2); and $20,000 (Ex. D-Note 3). Each of them provided for a rate of 10% per annum to be paid monthly.

7. By August of 2015, all three notes were in default. (Ex. E-Affidavit of William Adamczyk).

8. There are currently thirty outstanding interest payments of $416.67 associated with Note 1, for a total outstanding balance of $62,500.10. (Ex. E).

9. There are currently eleven outstanding interest payments of $462.50 associated with Note 2, for a total outstanding balance of $60,587.50. (Ex. E).

10. There are currently twenty-six outstanding payments of $166.67 associated with Note 3, for a total outstanding balance of $24,333.42. (Ex. E).

11. The total balance of the outstanding principal and interest is $147,421.02.

12. All three notes also empower Plaintiff to declare all amounts due immediately in the event of nonpayment, and for a three percent penalty for any

payments more than thirty days overdue. (Ex. B–D). Plaintiff is entitled to a penalty equal to three percent of the outstanding principal and interest, which equals $4,422.63.

13. The total balance of the principal, interest, and penalties is $151,843.65.

14. All three notes also obligate the borrower to pay all attorneys' fees and costs incurred by Plaintiff in collection. (Ex. B–D). Plaintiff asks this Court to award a reasonable fee of one third (33%) of the sum total of the principal, interest, and penalties, which equals $50,614.55.

15. The sum total of the principal, interest, penalties, and fees owed to Plaintiff is $202,458.20.

WHEREFORE, the undersigned respectfully requests that the Court enter a default judgment against Earl Miller, 5 Star Investment Group I, LLC, Twin City of Winston Salem, LLC, and Southern Equity Group Trust for failure to answer or otherwise defend in the amount of $202,458.20, plus interest on the judgment at the legal rate until the judgment is satisfied.

Respectfully submitted,

**May 11, 2016**     /s/ J. Samuel Tenenbaum____

J. Samuel Tenenbaum
Joseph Delich – JD Candidate 2016 (No. 2015LS00190)
Bluhm Legal Clinic
Northwestern University School of Law
375 E. Chicago Avenue, Chicago, Illinois 60611
(312) 503-4808 (telephone)
(312) 503-8777 (facsimile)
s-tenenbaum@law.northwestern.edu
j-delich2016@nlaw.northwestern.edu
*Attorney and Representative for William Adamczyk*