**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| WILLIAM ADAMCZYK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 16-cv-00516 |
| v. | ) | |
| | ) | Judge Andrea R. Wood |
| EARL D. MILLER, et al., | ) | |
| | ) | Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | ) | |
| | ) | |

## DEFAULT JUDGMENT ORDER

This cause coming to be heard on Plaintiff's Motion for Entry of Default Against Defendants Earl Miller, 5 Star Investment Group I, LLC, Twin City of Winston Salem, LLC, and Southern Equity Group Trust (Dkt. No. 58), due notice having been given, and the Court being fully advised in the premises:

It is hereby ORDERED that Plaintiff's Motion for Default Judgment is granted and judgment shall be entered against Defendants Earl Miller, 5 Star Investment Group I, LLC, Twin City of Winston Salem, LLC and Southern Equity Group Trust in the amount of $202,458.20, plus interest on the judgment at the legal rate until the judgment is satisfied. These Defendants shall be held jointly and severally liable for the amounts due.

*SO ORDERED.*

Dated: September 7, 2016

_____
Andrea R. Wood
United States District Judge